ERNST SEXAUER, Respondent, *v.* TITLE GUARANTEE AND TRUST COMPANY, Appellant, Impleaded with Others.

(Argued March 22, 1934; decided April 17, 1934.)

*Charles H. Street* for appellant.

*John J. Halpin* and *Joseph W. Kirkpatrick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.